# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:12-CR-259-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WARREN F. TOWSING, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Unseal Case Documents" (Document No. 15) filed August 29, 2012 by the Government regarding the above captioned matter.

For good cause shown,

**IT IS, THEREFORE, ORDERED** that all case documents shall be unsealed.

**SO ORDERED**.

Signed: August 30, 2012

David C. Keesler
United States Magistrate Judge