IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CR-00259-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WARREN F. TONSING, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion For Passport" (Document No. 46) filed February 14, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting no objection from Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion For Passport" (Document No. 46) is **GRANTED**.

**IT IS FURTHER ORDERED** that Pretrial Services relinquish possession of Defendant Tonsing's passport to the Government to be held as evidence for trial.

**SO ORDERED**.

Signed: February 20, 2013

David C. Keesler
United States Magistrate Judge